IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


STEVEN E. HAMMONDS,            )
                               )
    Plaintiff,             )
                               )
    v.                     )   CIVIL ACTION NO.
                               )     2:00cv1015-T
ELMORE COUNTY, ALABAMA,        )        (WO)
et al.,                        )
                               )
    Defendants.            )

JUDGMENT


Upon consideration of plaintiff's motion to dismiss (Doc. No. 205), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is dismissed with prejudice, with the parties to bear their own costs.  The court is informed that the parties have settled this case.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. to

DONE, this the 28th day of April, 2005.


                                 **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**